**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Daniel M. Landry  III
Attorney at Law
P. O. Box 3784
Lafayette LA 70502

**REHEARING ACTION: December 28, 2007**

**Docket Number: 07   00506-CA**

**FRANCES CARRON**
**VERSUS**
**CITY OF OPELOUSAS**

**Appealed from ST. LANDRY Parish Case No. 15418**

**BEFORE JUDGES:**

**Hon. Jimmie C. Peters**
**Hon. Glenn B. Gremillion**
**Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Frances Carron** has this day been

**DENIED.**

cc: Frank P. Trosclair  Jr., Counsel for the Appellant
    Pride Justin Doran, Counsel for the Appellant